TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Lawrence Mylek, Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Mylek, Jr. | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Williams & Fudge, Inc., a South Carolina corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, LAWRENCE MYLEK, JR., BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for his Complaint against the Defendant, pleads as follows:

**JURISDICTION**

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

**VENUE**

2. The transactions and occurrences which give rise to this action occurred in the City of Gilbert, Maricopa County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

**PARTIES**

4. The Defendant to this lawsuit is Williams & Fudge, Inc., which is a South Carolina corporation that maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

**GENERAL ALLEGATIONS**

5. Defendant is attempting to a consumer type debt allegedly owed by Plaintiff to Arizona State University in the amount of $5,250.00 (the alleged "Debt").

6. On or about March 6, 2017, Mr. Mylek, Jr., through counsel, sent Defendant a demand for validation of the debt. In this letter, Defendant was also advised that Mr. Mylek is represented by counsel, and that Defendant must cease further

communication with Plaintiff. The letter also made clear that the validation of the debt should be sent to Plaintiff's counsel, not Plaintiff himself.

7. Despite Plaintiff's demand that Defendant stop contacting him, Defendant sent Plaintiff a letter with validation of the alleged Debt on or about March 28, 2017. The letter was also an attempt to collect the alleged Debt.

8. As a result of Defendant's actions, Mr. Mylek has suffered damages.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

9. Plaintiff reincorporates the preceding allegations by reference.

10. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

11. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

12. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

13. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692c(a)(2) by communicating with the consumer when the debt collector knows the consumer is represented by an attorney with

3

respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address. Defendant violated this provision by sending Plaintiff a letter with validation of the Debt directly to Plaintiff and attempting to collect the Debt after Defendant was notified that Plaintiff was represented by an attorney; and

    b. 15 U.S.C. §1692c(c) by failing to cease communicating with the consumer after the consumer notified the debt collector in writing that he wishes the debt collector to cease further communication with him. Defendant violated this provision by sending Plaintiff a letter with validation of the Debt directly to Plaintiff and attempting to collect the Debt after Defendant was notified that Plaintiff was represented by an attorney.

14. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## **DEMAND FOR JUDGMENT RELIEF**

Accordingly, Plaintiff requests that the Court grant him the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## **JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

DATED: April 17, 2017

                KENT LAW OFFICES

                By: */s/ Trinette G. Kent*
                Trinette G. Kent
                Attorneys for Plaintiff,
                Lawrence Mylek, Jr.